UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0001--CR (JKS)
"USA V TYLER J. DARNELL"
DEF 1.1 DARNELL, TYLER J.

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 01/21/99
               Closed: 07/23/99
   No. of Defendants: 1
      MJ Case Number:
                  AKA: AKA "T.J. DARNELL"
      Location status: Released on Bond
           Trial date:
           Terminated: YES
   Needs interpreter: NO
    Counsel of record: F. Richard Curtner
                       Federal Public Defender Agency
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3412
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
    Counsel of record: Steven Skrocki
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 1.1 DARNELL, TYLER J.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1341 MAIL FRAUD [F] | Dismissed (31-1) |
| 1 - 1 IND | 2 | 15:1644 FRAUDULENT USE OF A CREDIT CARD [F] | Dismissed (31-1) |
| 1 - 1 IND | 3 | 18:1029 (a)(5) FRAUD IN CONNECTION WITH ACCESS DEVICE [F] | Sentenced (28-1) |
| 1 - 1 IND | 4 | 18:1014 FALSE STATEMENTS TO A BANK [F] | Dismissed (31-1) |
| 1 - 1 IND | 5 | 18:1014 FALSE STATEMENTS TO A BANK [F] | Dismissed (31-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A99-0001--CR (JKS)
"USA V TYLER J. DARNELL"
DEF 1.1 DARNELL, TYLER J.

Including terminated defendants, excluding terminated counsel

| 1 - | 1 IND | 6 | 18:1014 FALSE STATEMENTS TO A BANK [F] | Dismissed (31-1) |
| 1 - | 1 IND | 7 | 18:1014 FALSE STATEMENTS TO A BANK [F] | Dismissed (31-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A99-0001--CR (JKS)
"USA V TYLER J. DARNELL"

For all filing dates
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 01/21/99
              Closed: 07/23/99
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 01/21/99 | Issued WOA as to D-1. |
| 1 - 1 | 01/21/99 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 01/21/99 | [Re: DEF 1] AHB Grand Jury Minutes: WOA, bail to be determined. |
| NOTE - 2 | 01/28/99 | Notation: USM notice of arrest of def arrested 1/28/99. |
| NOTE - 3 | 01/28/99 | NOT USED |
| NOTE - 4 | 02/01/99 | Issued: Speedy Trial Notice to Judge Singleton. cc: Patty Demeter |
| 3 - 1 | 02/01/99 | [Re: DEF 1] Return of WOA; DEF arrested on 01/28/99. |
| 4 - 1 | 02/01/99 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re: Arr on Indict (hld 1/29/99); Rich Curtner appointed; def pled not guilty; bond set at $5,000. unsecured; PTM's due 2/12/99; def released. cc: USA, FPD, USM, USPO, Judge Singleton |
| 5 - 1 | 02/01/99 | [Re: DEF 1] Financial Affidavit. |
| 6 - 1 | 02/01/99 | [Re: DEF 1] Order setting conditions of release re Bond set at $5,000. unsecured. cc: USA, FPD, USM, USPO |
| 7 - 1 | 02/01/99 | [Re: DEF 1] Appearance bond of $5,000. unsecured. |
| 8 - 1 | 02/01/99 | [Re: DEF 1] JDR Order regarding preparation for trial re: PTM's due 2/12/99; parties to meet & confer by 2/3/99. cc: USA, FPD |
| 9 - 1 | 02/01/99 | [Re: DEF 1] Copy of JDR Order of Release. cc: USA, FPD, USM, USPO |
| 10 - 1 | 02/02/99 | [Re: DEF 1] AHB Minute Order setting trial by jury for 9:00 a.m. 4/5/99 and Final PT Conf for 8:30 a.m., 3/31/99. cc: cnsl, jury clerk, MJ Roberts |
| 11 - 1 | 02/03/99 | [Re: DEF 1] PLF 1 Certificate of discovery conference. |
| 12 - 1 | 02/04/99 | DEF 1 Unopposed Motion to extend ddln for pretrial mots until 02/19/99 w/att aff of cnsl. |
| 13 - 1 | 02/05/99 | [Re: DEF 1] PLF 1 Stipulation pursuant to discovery conference. |
| 14 - 1 | 02/08/99 | [Re: DEF 1] JDR Minute Order re def's unopposed motion to extend PTM's deadline is granted, except as to dscvy motions; PTM's due 2/19/99. cc: USA, FPD |
| 15 - 1 | 03/29/99 | DEF 1 Notice of Intent to change plea. |
| 16 - 1 | 03/30/99 | [Re: DEF 1] JKS Minute Order re PCOP hrg set for 3/31/99 at 8:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A99-0001--CR (JKS)
                             "USA V TYLER J. DARNELL"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 17 - | 1 | 03/31/99 | [Re: DEF 1] JKS Court Minutes [ECR: Patty Demeter] of PCOP hrg (held 3/31/99); def changed plea to Guilty re Ct 3 of Indt; IOS set 6/24/99 at 8:30 a.m., TBJ is vacated; Def ordered to self surrender to USM by 11:00 a.m., 3/31/99 for remand pending IOS.  cc: USA FPD, USM, PO, JC, MJ Roberts |
| 18 - | 1 | 03/31/99 | [Re: DEF 1] Plea Agreement. |
| 19 - | 1 | 06/17/99 | DEF 1 Sentencing Memorandum. |
| 20 - | 1 | 06/18/99 | DEF 1 Notice of lodging stmts w/att exhs. |
| 21 - | 1 | 06/23/99 | [Re: DEF 1] PLF 1 Sentencing Memorandum w/att exh. |
| 22 - | 1 | 06/23/99 | [Re: DEF 1] PLF 1 motion to accept late filed sentencing memorandum. |
| 22 - | 2 | 06/23/99 | [Re: DEF 1] PLF 1 motion for shortened time re: 22-1. |
| 23 - | 1 | 06/23/99 | DEF 1 Notice of lodging of documents to aid in sentencing w/att exh. |
| 24 - | 1 | 06/23/99 | PLF 1; DEF 1 Unopposed Motion to continue sentencing for 30 days. |
| 24 - | 2 | 06/23/99 | PLF 1; DEF 1 Unopposed Motion for shortened time re: unopppos mot to cont sent. |
| 25 - | 1 | 06/24/99 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] of IOS/hrg on mot to continue IOS - held 06/24/99: Crt granted unopposed mot at dkt 24 to continue IOS;  Continued IOS set for 007/15/99 at 8:30 a.m.   DEF cnsl to provide USPO w/psychologial evaluation.  Crt granted mot to accept late filed sentencing memorandum (22-1), motion for shortened time (22-2). cc: USA, FPD, USM, PO |
| 26 - | 1 | 07/14/99 | DEF 1 Supplemental sentencing memo w/att exhs. |
| 27 - | 1 | 07/16/99 | [Re: DEF 1] JKS Court Minutes [ECR: Jennifer Gamble] re IOS (hld 7/15/99); sent 15 mos as to count 3; SR 36 mos; SA $100; Restitution $41,778.26; Govt to file motion to dismiss remaining counts. w/atch witness list. |
| 28 - | 1 | 07/16/99 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 3 of the Indictment (1-1); sent 15 mos; SR 36 mos; SA $100; Restitution $41,778.26. cc: USA, FPD, USM, USPO, T. Darnell w/cnsls cy, FLU, MJ Roberts |
| 29 - | 1 | 07/21/99 | [Re: DEF 1] PLF 1 motion to dismiss counts 1,2, and 4-7 of the indictment. |
| 29 - | 2 | 07/21/99 | [Re: DEF 1] JKS Order granting motion to dismiss counts 1,2, and 4-7 of the indictment (29-1). cc: USA, FPD, USM, USPO |
| 29A- | 1 | 07/21/99 | DEF 1 appeal to 9CCA of (28-1) filed 07/16/99. cc: cnsl, Judge, US Marshal, Probation, 9CCA |
| 30 - | 1 | 07/22/99 | [Re: DEF 1] PLF 1 motion to amend judgment. |
| 31 - | 1 | 07/23/99 | [Re: DEF 1] JKS Judgment of Discharge dismissed or Other count(s) 1,2,4,5,6,7 of the Indictment (1-1). cc: USA, FPD, USM, USPO, MJ Roberts, T. Darnell w/cnsls cy |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A99-0001--CR (JKS)
"USA V TYLER J. DARNELL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 5 | 07/27/99 | Transmittal: Forwarded notice of appeal (29A-1) to 9CCA. |
| 32 - 1 | 07/27/99 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (29A-1) cc: cnsl, 9CCA (orig). |
| 33 - 1 | 08/09/99 | [Re: DEF 1] Partial Transcript of Continued IOS held 07/15/99. |
| 34 - 1 | 08/11/99 | DEF 1 Transcript Designation re: notice of appeal (29A-1). cc: ECR w/Order Form. |
| 35 - 1 | 08/23/99 | [Re: DEF 1] JKS Order granting motion to amend judgment (30-1). cc: USA, FPD, USM, USPO, FLU, MJ Roberts, ECR |
| 36 - 1 | 09/03/99 | [Re: DEF 1] JKS Judgment (Amended) correcting sentence. cc: USA, FPD, USM, USPO, MJ Roberts, T. Darnell w/cnsls cy, FLU |
| 37 - 1 | 09/17/99 | [Re: DEF 1] Transcript (PCOP on 03/31/99) re: notice of appeal (29A-1) |
| 38 - 1 | 09/17/99 | [Re: DEF 1] Transcript (Continued IOS on 07/15/99) re: notice of appeal (29A-1) |
| 39 - 1 | 09/21/99 | [Re: DEF 1] cy 9CCA Certificate of Record. (29A-1) cc: cnsl, 9CCA (orig) |
| NOTE - 6 | 04/17/00 | Transmittal: Forwarded D.C. record to 9CCA consisting of (2) Vols original clerk's file. |
| 40 - 1 | 07/10/00 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (29A-1) that the district court's decision is AFFIRMED. cc: cnsl, Judge Singleton |
| NOTE - 7 | 05/01/01 | Notation: Entire record consisting of 2 vol received from 9CCA. |
| 41 - 1 | 05/26/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 8 | 05/27/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 42 - 1 | 10/28/04 | USM Return of svc on writ of execution re: DEF 1 on PFD no funds. |
| 43 - 1 | 07/15/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 9 | 07/18/05 | Issued: writ of execution re: DEF 1 on PFD. |