TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:99-cr-0001-JKS |
| Plaintiff, | ) |
| vs. | ) |
| Tyler Jean Darnell, | ) PLAINTIFF'S APPLICATION FOR |
|  | ) <u>WRIT OF GARNISHMENT</u> |
| Defendant. | ) |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against defendant **Tyler Jean Darnell, aka Trish Baker, Trisha Baker, Trisha Rucker, Trisha Travis, Mary Ann Darnell, Mary Ann Lucas, Mary Ann Shoemaker, Mary Ann Shaver, Mary Ann Raudenbush, and**

**Legia Tyler** SSN: xxx-xx-5443; last-known address: 863 Prairie Creek Road, Grand Prairie, Texas, 75052-6082.

　　1.　Judgment in the amount of $41,878.26 was entered in this district against defendant on July 15, 1999.

　　2.　Amounts which have accrued since entry of judgment are: $14,792.45 in post-judgment interest, $17.00 in accrued costs, and $0.00 in late-payment penalties, pursuant to 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612.

　　3.　Credit must be given for payments and partial satisfaction in the total amount of $2,425.00.

　　4.　There remains a current unpaid balance of $0.00 in criminal fines, $43,129.75 in restitution, $0.00 in special assessments, $14,792.45 in post-judgment interest, and $17.00 in post-judgment costs, for a total amount of $57,922.20 which is due and owing as of January 13, 2006.  Post-judgment interest continues to accrue at the rate of 5.163% ($6.10 per day).

　　5.　At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

　　6.　The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

　　7.　The name and address of the garnishee or the authorized

agent for the garnishee is:

    First National Bank of Anchorage
    P.O. Box 100720
    Anchorage, AK 99510-0720

    RESPECTFULLY SUBMITTED on this _____ day of January, 2006, at Anchorage, Alaska.

    TIMOTHY M. BURGESS
    United States Attorney


    s/Richard L. Pomeroy
    Assistant U.S. Attorney
    222 W. 7th Avenue # 9
    Anchorage, AK 99513-7567
    Phone: 907-271-5071
    Fax: (907) 271-2344
    E-mail: richard.pomeroy@usdoj.gov
    AK #8906031