IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  3:99-cr-0001-JKS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Tyler Jean Darnell, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CLERK'S NOTICE AND INSTRUCTIONS TO DEBTOR
OF POST-JUDGMENT GARNISHMENT**

To:   Tyler Jean Darnell
      863 Prairie Creek Road
      Grand Prairie, TX 75052-6082


     You are hereby notified that the United States of America seeks to attach property to enforce a judgment which was obtained against Tyler Jean Darnell in Case No. A99-001 CR (JKS) (USDC Alaska).  The judgment is for the amount of $41,878.26.  The defendant owes a total unpaid debt of $57,922.20 as of January 13, 2006.

     In addition, you are hereby notified that there are exemptions under the law which may protect certain property from being taken by the United States if you, the debtor, can show that the exemptions apply.  Attached to this Clerk's Notice is a Notice and Instructions to Debtor to Claim Exemptions.  Also attached are four (4) copies of a Claim of Exemptions and Request for Hearing form.  This form contains a summary of the major exemptions which apply in most situations in the State of Alaska.

  If you are Tyler Jean Darnell, you have a right to ask the court to return your property to you if you think you do not owe the money that the United States claims you owe, or if you think the property qualifies for one of the above exemptions.

  If you want a hearing, you must notify the court within twenty (20) days after receipt of the notice.  Your request must be in writing.

  You should use the attached <u>Claim of Exemptions and Request for Hearing</u> forms to request a hearing.  You must either mail or hand-deliver two (2) copies of the form to the following address:

  Clerk of Court
  United States District Court
  District of Alaska
  Room 261, Federal Bldg. & U.S. Courthouse
  222 W. 7th Avenue # 4
  Anchorage, Alaska 99513-7564.

You must also let the United States know that you want a hearing by sending one (1) copy of the form to counsel for the United States at the following address:

  United States Attorney
  Attn:  Financial Litigation Unit
  Room 253
  222 W. 7th Avenue # 9
  Anchorage, Alaska 99513-7567.

  The hearing will take place within five (5) days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

  At the hearing you may explain to the judge why you think you do not owe the money to the United States.  If you do not request a hearing within twenty (20) days of receiving this notice, your property may be sold at public auction, and the proceeds of the sale will be applied to the debt you owe the United States.

  If you live outside the District of Alaska, no later than twenty (20) days after you receive this notice, you may request the court to transfer these proceedings to the federal judicial district in which you reside.  You must make your request in writing, and you must either mail it or deliver it in person to the Clerk of Court at the address provided above.  You must also let the United States know you want the proceeding transferred by sending a copy of your request to the United States Attorney at

the address provided above.

    Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.  The Clerk's Office is not permitted to give legal advice.

    DATED this _____ day of _____, 2006, at Anchorage, Alaska.

                                     IDA ROMACK
                                     CLERK OF COURT


                            By: _____
                                Deputy Clerk


Attachments to debtor:
    Notice and Instructions to Claim Exemptions
    Claim of Exemptions and Request for Hearing, 1 copy