| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:99-cr-0001-JKS |
|---|---|
| DEFENDANT<br>TYLER JEAN DARNELL | TYPE OF PROCESS<br>WRIT OF GARNISHMENT |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FIRST NATIONAL BANK OF ANCHORAGE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 100720, ANCHORAGE, AK 99510-0720

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RICHARD L. POMEROY, A.U.S.A
222 W. 7th AVE., RM 253, #9
ANCHORAGE, AK 99513-7567

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE SERVE: WRIT OF GARNISHMENT, APPLICATION FOR WRIT, CLERK'S NOTICE, NOTICE OF EXEMPTIONS, CLAIM OF EXEMPTIONS, PLAINTIFF'S NOTICE TO GARNISHEE (ORIGINAL), GARNISHEE'S ANSWER (4 COPIES) — THANK YOU.

| Signature of Attorney or other Originator requesting service on behalf of: FOR RICHARD L. POMEROY | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(907) 271-5071 | DATE<br>1-30-06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk<br>Linda M Klever | Date<br>1-30-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Beverly J. Boyd | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 1/30/06  Time: 1050 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>$45 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

**SCANNED**

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:99-cr-0001-JKS |
| Plaintiff, | ) |
| vs. | ) |
| Tyler Jean Darnell, | ) WRIT OF GARNISHMENT |
| Defendant. | ) |

TO:  First National Bank of Anchorage
     P.O. Box 100720
     Anchorage, AK 99510-0720

On July 15, 1999, the judgment captioned above was entered in the United States District Court, District of Alaska. Said judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor **Tyler Jean Darnell, aka Trish Baker, Trisha Baker, Trisha Rucker, Trisha Travis, Mary Ann Darnell, Mary Ann Lucas, Mary Ann Shoemaker, Mary Ann Shaver, Mary Ann Raudenbush, and Legia Tyler** SSN: xxx-xx-5443; last-known address: 863 Prairie Creek Road, Grand Prairie, TX 75052-6082. The judgment was for:

| | |
|---|---|
| $0.00 | criminal fines |
| $41,778.26 | restitution |
| $100.00 | special assessments |
| $41,878.26 | JUDGMENT AS ENTERED. |

According to plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$0.00             late payment penalties pursuant to 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612

$14,792.45        accrued interest

$17.00            accrued costs

CREDIT must be given for payments and partial satisfactions in the amount of:

$2,425.00         which have been credited to the judgment debt, leaving a net balance of:

$57,922.20        ACTUALLY DUE on January 13, 2006, the date of the request for issuance of this writ, of which

$43,129.75        is due on the judgment as entered and bears interest at the rate of 5.163% per annum in the amount of:

$6.10             PER DAY from January 13, 2006, to which must be added the commissions and costs of the officer executing this writ.

Defendant's current unpaid balance is $0.00 in criminal fines, $43,129.75 in restitution, $0.00 in special assessments, $14,792.45 in post-judgment interest, and $17.00 in costs, for a total amount of $57,922.20 which is due and owing as of January 13, 2006.

YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including, but not limited to, checking accounts, savings accounts, business accounts, brokerage or securities accounts, money market accounts, certificates of deposit or safety deposit

boxes.

<u>Within ten (10) days</u> of your receipt of this writ, you must file an <u>original + 1 copy</u> of your written Answer to the writ by mailing or delivering it to:

> Clerk of Court
> United States District Court
> Room 261, Federal Bldg. & U.S. Courthouse
> 222 W. 7th Avenue # 4
> Anchorage, Alaska 99513-7564.

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to **Tyler Jean Darnell**, whose last known address is: 863 Prairie Creek Road, Grand Prairie, Texas, 75052-6082, or other address known to you. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form which you will receive with this writ.

Pursuant to 15 U.S.C. § 1674, you the Garnishee are prohibited from discharging the defendant from employment based on the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of

America may apply for an order requiring you to appear before the Court. If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. <u>It is unlawful to pay or deliver to the defendant any item attached by this writ.</u>

DATED this  27  day of  January , 2006, at Anchorage, Alaska.

```
                                   IDA ROMACK
                                   CLERK OF COURT


                                   [signature]
                              By:  Deputy Clerk
```